UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CV-20827-KMW

ALBERTO GONZALEZ, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

CANO HEALTH, INC. f/k/a JAWS ACQUISITION CORP., MARLOW HERNANDEZ, BRIAN D. KOPPY, JOSEPH L. DOWLING, and MICHAEL RACICH,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Parties' Joint Motion for Entry of Order Suspending Defendants' Obligation to Respond to Complaint (the "Joint Motion"). (DE 15.) The Court has carefully considered the Joint Motion and the applicable law.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion (DE 15) is **GRANTED**.

2. Defendants Cano Health, Inc. f/k/a Jaws Acquisition Corp., Marlow Hernandez, Brian D. Koppy, Joseph L. Dowling, and Michael Racich have waived service of the summons and complaint, subject to any defenses or objections that any Defendant may subsequently assert, including any defenses or objections to the Court's jurisdiction and the venue of this action, all of which defenses and objections are hereby preserved, except a defense as to the sufficiency of service of the summons and complaint and the form of the summons.

3. Defendants are not required to answer, move to dismiss, or otherwise

respond to any complaint prior to the Court's appointment of Lead Plaintiff and approval of lead counsel and the filing, if any, of any amended complaint by Lead Plaintiff.

4. Within fourteen (14) days after the appointment of Lead Plaintiff and approval of lead counsel, lead counsel and counsel for Defendants will confer and submit a proposed schedule for filing an amended complaint, if any, and Defendants' response to the operative complaint.

**DONE AND ORDERED** in Chambers in Miami, Florida this <u>11th</u> day of April, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE