**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20827-CIV-WILLIAMS/SANCHEZ**

ALBERTO GONZALEZ, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

    v.

CANO HEALTH, INC. f/k/a JAWS
ACQUISITION CORP., MARLOW
HERNANDEZ, BRIAN D. KOPPY, JOSEPH
L. DOWLING, and MICHAEL RACICH,

      Defendants,

**DECLARATION OF CASEY E. SADLER IN SUPPORT OF PLAINTIFF'S
MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE
AMENDED CLASS ACTION COMPLAINT**

I, Casey E. Sadler, declare as follows:

1.     I am a Partner with the law firm of Glancy Prongay & Murray LLP, counsel for Plaintiff.   I make this declaration in support of Plaintiff's Memorandum In Opposition To Defendants' Motion To Dismiss The Amended Class Action Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of the Verified Complaint to Reopen Window for Stockholders to Make Director Proposals and Nominations at the 2023 Annual Meeting filed in the Delaware Court of Chancery entitled *Sternlicht v. Hernandez, et al.*, C.A. No. 2023-477-PAF. The public version of the document was filed on May 3, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of May, 2023, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler

1

## **PROOF OF SERVICE**

I hereby certify that on this 24th day of May, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Leo W. Desmond*
Leo W. Desmond