**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-CV-20827-WILLIAMS/SANCHEZ**

ALBERTO GONZALEZ, Individually and on
Behalf of All Others Similarly Situated,

   Plaintiff,

  v.

CANO HEALTH, INC. f/k/a JAWS
ACQUISITION CORP., MARLOW
HERNANDEZ, BRIAN D. KOPPY, JOSEPH
L. DOWLING, and MICHAEL RACICH,

   Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS JOSEPH L. DOWLING AND MICHAEL RACICH

WHEREAS, on March 18, 2022, Plaintiff Alberto Gonzalez filed a complaint against Defendants Cano Health, Inc. f/k/a Jaws Acquisition Corp., Marlow Hernandez, Brian D. Koppy, Joseph L. Dowling ("Dowling"), and Michael Racich ("Racich") (collectively, "Defendants"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSRLA"), 15 U.S.C. § 78u-4, *et seq.* (ECF No. 1);

WHEREAS, on December 22, 2022, pursuant to the PSLRA, the Court appointed Gudelio Fundora ("Plaintiff") as lead plaintiff for the putative class (ECF No. 45);

WHEREAS, on February 21, 2023, Plaintiff filed an amended class action complaint (the "Complaint," ECF No. 51) against Defendants;

WHEREAS, on April 7, 2023, Defendants filed a motion to dismiss the Complaint (ECF No. 54);

1

WHEREAS, on May 24, 2023, Plaintiff filed an opposition to Defendants' motion to dismiss (the "Opposition Brief," ECF No. 57); and

WHEREAS, in his Opposition Brief, Plaintiff stated: "Plaintiff concedes that the claims against Defendants Dowling and Racich are significantly weaker than those against the other defendants. As such, Plaintiff does not oppose Defendants' request that Defendants Dowling and Racich should be dismissed at this time." (ECF No. 57 at 20 n.10);

NOW THEREFORE, the Parties hereby stipulate, through their undersigned counsel:

1.     Defendants Dowling and Racich are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.     Each of the Parties shall bear their own attorneys' fees and costs in connection with the litigation of claims against Defendants Dowling and Racich.

Dated: June 7, 2023

Jointly submitted,

**DESMOND LAW FIRM, P.C.**

By: */s/  Leo W. Desmond*
Leo W. Desmond, Esquire
Florida Bar Number 0041920
601 21st Street, Suite 300
Vero Beach, Florida 32960
Telephone: (772) 231-9600
Email: lwd@desmondlawfirm.com

*Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Casey E. Sadler (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/  Nina C. Welch*
Peter R. Goldman (FBN 860565)
Nina C. Welch (FBN 118900)
Danna Khawam (FBN 1025114)
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Telephone: (954) 745-5239
Facsimile: (954) 761-8135
peter.goldman@nelsonmullins.com
nina.welch@nelsonmullins.com
danna.khawam@nelsonmullins.com

AND

**GOODWIN PROCTER LLP**
Deborah S. Birnbach (*pro hac vice*)

2

Email: rprongay@glancylaw.com
csadler@glancylaw.com

*Attorneys for Plaintiff and Lead Counsel*
*for  the Class*

Katherine McKenney (*pro hac vice*)
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
dbirnbach@goodwinlaw.com
kmckenney@goodwinlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2023, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/  Leo W. Desmond*