UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20827-CIV-WILLIAMS/SANCHEZ

ALBERTO GONZALEZ, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

CANO HEALTH, INC. f/k/a JAWS
ACQUISITION CORP., MARLOW
HERNANDEZ, BRIAN D. KOPPY, JOSEPH
L. DOWLING, and MICHAEL RACICH,

Defendants,

**DECLARATION OF CASEY E. SADLER IN SUPPORT OF PLAINTIFF'S
MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE
PORTIONS OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT AND
ATTACHMENTS THERETO**

I, Casey E. Sadler, declare as follows:

1.    I am a Partner with the law firm of Glancy Prongay & Murray LLP, counsel for Plaintiff. I make this declaration in support of Plaintiff's Memorandum in Opposition to Defendants' Motion to Strike Portions of Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint and Attachments Thereto. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    On June 21, 2023, counsel for Defendants, Katherine McKenney, spoke with my colleague, Pavithra Rajesh, about Defendants' anticipated motion to strike as part of a pre-filing conference pursuant to the local rules. Ms. McKenney indicated that Defendants would argue that Plaintiff's opposition to Defendants' motion to dismiss was an improper attempt to amend the operative complaint and that the referenced matters were irrelevant to the instant action. Ms. Rajesh indicated to Ms. McKenney that Plaintiff likely opposes the relief requested, but would discuss with me and perhaps propose a solution.

3.    Following internal discussions, on June 21, 2023, Plaintiff proposed that the parties stipulate to the filing of an amended complaint and a schedule for Defendants' anticipated motion to dismiss in response thereto. On June 22, 2023, Defendants stated that they do not agree to the proposal and would proceed to file their motion to strike. Attached hereto as Exhibit A is a true and correct copy of the relevant email correspondence between counsel for the parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of July, 2023, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler

1