# EXHIBIT A

## Pavithra Rajesh

| | |
|---|---|
| **From:** | McKenney, Katherine G <KMcKenney@goodwinlaw.com> |
| **Sent:** | Thursday, June 22, 2023 5:17 AM |
| **To:** | Pavithra Rajesh; Birnbach, Deborah S |
| **Cc:** | Casey Sadler; Nina Welch |
| **Subject:** | RE: Gonzalez v. Cano Health, Inc. f/k/a Jaws Acquisition Corp. et al |

Pavithra,

No, Defendants do not agree to this proposal.  We will proceed with filing our reply and the motion to strike.

Kate

**Katherine G. McKenney**

 GOODWIN

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
o  +1 617 570 1953
f   +1 617 801 8703
KMcKenney@goodwinlaw.com | goodwinlaw.com

 Securities Snapshot >>

---

**From:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Sent:** Wednesday, June 21, 2023 7:01 PM
**To:** McKenney, Katherine G <KMcKenney@goodwinlaw.com>; Birnbach, Deborah S <DBirnbach@goodwinlaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>
**Subject:** RE: Gonzalez v. Cano Health, Inc. f/k/a Jaws Acquisition Corp. et al

***EXTERNAL***
Kate,

To resolve the issues raised by the motion to strike discussed during our meet-and-confer call today, please let us know if Defendants are amenable to a stipulation for the filing of an amended complaint and a schedule for Defendants' anticipated motion to dismiss in response thereto. As you know, the *Sternlicht* complaint was filed in May 2023, thus it could not reasonably have been referenced in Plaintiff's complaint filed in February 2023. To the extent Defendants maintain that the *Sternlicht* complaint is irrelevant to this action, the parties may reserve their rights to address those issues in the briefing in response to the proposed amended complaint. Specifically, we'd request 30 days to amend, 45 days for Defendants' motion to dismiss, 45 days for Plaintiff's opposition, and 30 days for Defendants' reply.

Please let us know, and we can prepare and file a joint request in advance of Defendants' current deadline.

Thanks,
Pavithra

---

**From:** McKenney, Katherine G <KMcKenney@goodwinlaw.com>
**Sent:** Wednesday, June 21, 2023 10:33 AM
**To:** Pavithra Rajesh <PRajesh@glancylaw.com>; Casey Sadler <CSadler@glancylaw.com>; Birnbach, Deborah S