**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20827-CIV-WILLIAMS/SANCHEZ**

ALBERTO GONZALEZ, Individually and on
Behalf of All Others Similarly Situated,

          Plaintiff,

          v.

CANO HEALTH, INC. f/k/a JAWS
ACQUISITION CORP., MARLOW
HERNANDEZ, and BRIAN D. KOPPY,

          Defendants,

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND
THE AMENDED CLASS ACTION COMPLAINT**

Having considered Plaintiff's Motion for Leave to Amend the Amended Class Action Complaint (the "Motion for Leave to Amend"), and good cause having been shown, Plaintiff's Motion for Leave to Amend is GRANTED. Defendants' Motion to Dismiss the Amended Complaint (Dkt. No. 54) and Defendants' Motion to Strike Portions of Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (Dkt. No. 60) are DENIED AS MOOT.

The proposed Second Amended Complaint is hereby deemed filed.

DATED: _____, 2023

_____
Hon. Kathleen M. Williams
United States District Judge

1