**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:22-CV-20827-WILLIAMS/SANCHEZ**

ALBERTO GONZALEZ, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

CANO HEALTH, INC. f/k/a JAWS
ACQUISITION CORP., MARLOW
HERNANDEZ, and BRIAN D. KOPPY,

        Defendants.

## NOTICE OF FILING DECLARATION OF KATHERINE G. MCKENNEY

Defendants Cano Health, Inc. ("Cano") and Marlow Hernandez and Brian D. Koppy (the "Individual Defendants," and together with Cano, "Defendants"), by and through undersigned counsel, hereby give notice of filing of the Declaration of Katherine G. McKenney in Support of Defendants' Motion to Dismiss the Second Amended Complaint, e-filed on February 5, 2024.

February 5, 2024

By:  **NELSON MULLINS RILEY &**
      **SCARBOROUGH LLP**

      */s/ Peter R. Goldman*
      Peter R. Goldman (FBN 860565)
      Nina C. Welch (FBN 118900)
      Danna Khawam (FBN 1025114)
      100 S.E. 3rd Avenue, Suite 2700
      Fort Lauderdale, FL 33394
      Telephone: (954) 745-5239
      Facsimile: (954) 761-8135
      peter.goldman@nelsonmullins.com
      nina.welch@nelsonmullins.com
      danna.khawam@nelsonmullins.com

      and

**GOODWIN PROCTER LLP**

*/s/ Katherine G. McKenney*
Deborah S. Birnbach (*pro hac vice*)
Katherine McKenney (*pro hac vice*)
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
dbirnbach@goodwinlaw.com
kmckenney@goodwinlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2024, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will furnish a copy to all counsel of record.

*/s/ Peter R. Goldman*
Peter R. Goldman

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:22-CV-20827-WILLIAMS/SANCHEZ**

ALBERTO GONZALEZ, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

CANO HEALTH, INC. f/k/a JAWS
ACQUISITION CORP., MARLOW
HERNANDEZ, and BRIAN D. KOPPY,

        Defendants.

**DECLARATION OF KATHERINE G. MCKENNEY IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, Katherine G. McKenney, declare and state as follows:

1.    I am counsel with the law firm of Goodwin Procter LLP, counsel for Defendants Cano Health, Inc. ("Cano") and Marlow Hernandez and Brian D. Koppy (the "Individual Defendants," and together with Cano, "Defendants"), in the above-captioned matter. I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint ("SAC").

2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Proxy Statement for Extraordinary General Meeting of Jaws Acquisition Corp. on Form 424B3, filed with the U.S. Securities and Exchange Commission ("SEC") on May 7, 2021, as referenced at SAC ¶¶ 84, 96, 98, 143, 145.

3.    Attached hereto as Exhibit 2 is a true and correct copy of Cano's Form 8-K, filed with the SEC on February 28, 2022, as referenced at SAC ¶¶ 6, 45, 137.

1

4.    Attached hereto as Exhibit 3 is a true and correct copy of a Credit Suisse analyst report titled, "Follow-up Post Catch-up With Peers and Industry Experts on CANO's Revenue Recognition Changes, dated February 28, 2022, publicly available from https://www.refinitiv.com/en/products/on-demand-financial-reports as referenced at SAC ¶¶ 52, 145.

5.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts of Cano's Form 10-K for year ended December 31, 2021, filed with the SEC on March 14, 2022, as referenced at SAC ¶¶ 49, 51–52, 128–29, 132.

6.    Attached hereto as Exhibit 5 is a true and correct copy of Cano's Form 8-K, filed with the SEC on March 14, 2022, as referenced at SAC ¶ 48.

7.    Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Cano's press release on Form 8-K and accompanying financial supplement, filed with the SEC on March 14, 2022, as referenced at SAC ¶¶ 7, 50.

8.    Attached hereto as Exhibit 7 is a true and correct copy of a chart of Cano's closing stock prices between February 10, 2022 and March 15, 2022, publicly available from S&P Capital IQ.

9.    Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Cano's Form 10-K for year ended December 31, 2022, filed with the SEC on March 15, 2023, as referenced at SAC ¶¶ 122, 130, 133.

10.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts of Cano's Form 8-K, filed with the SEC on August 10, 2023, as referenced at SAC ¶¶ 10, 58.

11.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript of Cano's August 10, 2023 earnings call, as referenced at SAC ¶¶ 59–64, 139.

I declare that the foregoing is true and correct under penalty of perjury. Executed on this

5th day of February, 2024, in Boston, Massachusetts.

/s/ Katherine G. McKenney
Katherine G. McKenney, *admitted pro hac vice*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
kmckenney@goodwinlaw.com