# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

## FORM 8-K

---

## CURRENT REPORT
## PURSUANT TO SECTION 13 OR 15(d)
## OF THE SECURITIES EXCHANGE ACT OF 1934

## Date of Report (Date of earliest event reported): March 14, 2022



---

## Cano Health, Inc.
**(Exact name of registrant as specified in its charter)**

---

Commission File Number: 001-39289

| | |
|---|---|
| **Delaware** | **98-1524224** |
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |
| **9725 NW 117th Avenue, Suite #200, Miami, FL** | **33178** |
| (Address of principal executive offices) | (Zip Code) |

**(855) 226-6633**
(Registrant's telephone number, including area code)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A common stock, $0.0001 par value per share | CANO | The New York Stock Exchange |
| Warrants to purchase one share of Class A common stock, each at an exercise price of $11.50 per share | CANO/WS | The New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company   ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On March 14, 2022, Cano Health, Inc. (the "Company") issued a press release announcing its financial results for the fourth quarter ended December 31, 2021. A copy of that press release as well as the Cano Health Q4 2021 financial supplement are available on the Company's website and are attached hereto as Exhibits 99.1 and 99.2 and incorporated herein by reference. This Item 2.02 and the attached Exhibits 99.1 and 99.2 are being furnished and shall not be deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities under that Section and shall not be deemed to be incorporated by reference into any filing of the Company under the Securities Act of 1933, as amended , or the Exchange Act.

The Company will host a conference call and audio webcast today at 5:00 p.m. Eastern Time, during which management will discuss the fourth quarter results and provide commentary on business performance. A question and answer session with analysts and investors will follow the prepared remarks.

The conference call can be accessed by dialing 844-684-0650 (domestic) or 343-761-2594 (international).

A live audio webcast of the conference call will be available through the "Events & Presentations" section of the Investor page of the Company's website, www.canohealth.com. A replay of the webcast will be archived on the Company's website for 30 days following the call.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits:

| Exhibit Number | Description |
|---|---|
| 99.1 | Press release dated March 14, 2022 |
| 99.2 | Cano Health Q4 2021 financial supplement |
| 104 | Cover Page Interactive Data file (embedded within the Inline XBRL document) |

EX-99.1 2 q421exhibit991.htm EX-99.1

**Exhibit 99.1**



**Cano Health Announces Financial Results for the Fourth Quarter and Full Year 2021**
Increases 2022 Guidance for Membership, Total Revenue and Adjusted EBITDA

MIAMI, Mar. 14, 2022 /PRNewswire/– Cano Health, Inc. ("Cano Health" or the "Company") (NYSE: CANO), a leading value-based primary care provider and population health company, today announced financial results for the fourth quarter and full year ended December 31, 2021.

**Financial Results and Recent Highlights**

**Fourth quarter results**

- Total membership of 227,005, including 125,999 Medicare capitated members, an increase of 115% and 69%, respectively year-over-year
- Total revenue of $492.3 million, an increase of 90% year-over-year
- Net income of $0.5 million, benefiting from a $58.3 million fair value adjustment to warrant liabilities
- Adjusted EBITDA[1] of $11.1 million, compared to $18.1 million for the fourth quarter of 2020

**Full year results**

- Total revenue of $1.6 billion, an increase of 94% year-over-year
- Full year net loss of $116.7 million, benefiting from an $82.9 million fair value adjustment to warrant liabilities
- Full year Adjusted EBITDA[1] of $27.3 million, compared to $72.8 million for the year ended December 31, 2020

As of March 11, 2022, the Company had approximately 200 million shares of Class A common stock and 284 million shares of Class B common stock issued and outstanding. Total share count for the purposes of calculating market capitalization was approximately 484 million.

"Cano Health's fourth quarter results reflect the continued positive momentum in the growth of our operations," said Dr. Marlow Hernandez, Chairman and CEO of Cano Health. "We exceeded our most recent membership guidance and expanded our clinical capacity in eight states and Puerto Rico, allowing us to accelerate growth in 2022. Since founding the company over 10 years ago, I have never been more excited about what the Cano Health team is going to accomplish this year."

---

(1) Adjusted EBITDA is a non-GAAP financial measure. A reconciliation of this non-GAAP financial measure to its most directly comparable GAAP financial measure is provided in the Reconciliation of Non-GAAP Adjusted EBITDA

table included in this press release. An explanation of this measure and how it is calculated is also included under the heading "Non-GAAP Financial Measures."

**COVID-19 Update and Medical Claims Expense Ratio**

In December of 2021, the highly transmissible Omicron variant of COVID-19 became prevalent in the U.S. Cano Health members experienced a significant, but transient, increase in COVID-19 case incidence.

However, Cano Health's monthly total hospital admissions per thousand remained stable, and through February 2022, COVID-19 average admissions per thousand remained well below prior peak levels. Additional detail is provided in the Financial Supplement found on the Investor Relations section of our website (www.canohealth/investors.com).

**Restatement of the Company's 2021 Quarterly Periods**

As disclosed in the Current Report on Form 8-K filed with the Securities and Exchange Commission (the "SEC") on March 14, 2022, the Company concluded that the previously issued financial results for the quarterly periods for March 31, 2021, June 30, 2021 and September 30, 2021 require restatement. The restatement results from the Company's correction of its accounting for Medicare Risk Adjustment (MRA) revenue within Medicare Advantage contracts. The correction changes the timing of the revenue recognition associated with MRA, which resulted in adjustments to capitated revenue, direct patient expense, accounts receivable, net of unpaid service provider costs, and accounts payable and accrued expenses. The restatement did not impact the Company's cash from operations, its cash position, or estimated collectability of receivables. The Company's restated quarterly financial results for 2021 will be included in the Annual Report on Form 10-K for the year ended December 31, 2021 to be filed today. The Company, in consultation with its independent auditors, concluded that the effect of the adjustments was not material as of and for the fiscal years ended December 31, 2019 and 2020.

**Impact on 2021 Results and 2022 Guidance**

As a result of the restatement, approximately $122 million of MRA revenue related to care provided in 2021 that would have previously been recognized in 2021 is expected to be recognized in 2022. The corresponding $122 million reduction in 2021 revenue is partially offset by $10 million in MRA revenue that was previously recognized in 2020 under the prior accounting methodology, for a net negative impact to 2021 revenue of approximately $112 million.

Also, as a result of the restatement, approximately $101 million of Adjusted EBITDA related to the change in MRA revenue described above, as well as other non-cash items, is expected to be recognized in 2022. The corresponding $101 million reduction in 2021 Adjusted EBITDA is partially offset by $10 million of Adjusted EBITDA that was previously recognized in 2020 under the prior accounting methodology, for a negative impact to 2021 Adjusted EBITDA of $91 million.

For the fiscal year 2022 revenue guidance, the net positive impact from the restatement is expected to be approximately $69 million. This consists of $122 million of MRA revenue related to care provided in 2021, net of $53 million of MRA revenue included in previous 2022 guidance that is now expected to be recognized in 2023.

2

For fiscal year 2022 Adjusted EBITDA guidance, the net positive impact from the restatement is expected to be approximately $58 million. This consists of $101 million of Adjusted EBITDA that will now be recognized in 2022, partially offset by $43 million in Adjusted EBITDA included in previous 2022 guidance that is now expected to be recognized in 2023.

The Company is updating its guidance for full year 2022 provided on November 9, 2021. Consistent with that guidance, the outlook below does not include the impact of additional acquisitions. The updated outlook for full year 2022 is as follows:

- Membership in the range of 290,000 to 295,000; an increase from the prior guidance of 280,000 to 285,000; membership as of March 31, 2022 is expected to be approximately 265,000, an increase from approximately 253,000 members as of January 1, 2022
- Total revenue in the range of $2.8 billion to $2.9 billion, an increase from the prior guidance of $2.6 to $2.7 billion
- Medical claims expense ratio (MCR) in the range of 76.0% to 76.5%, an improvement from 80.5% for 2021, primarily reflecting the recognition of MRA revenue associated with members cared for in 2020 and 2021, offset in part by a higher MCR for Direct Contracting Entity (DCE) members
- Adjusted EBITDA in the range of $230 million to $240 million, an increase from the previous range of $170 million to $175 million, reflecting the impact of the restatement and operational improvements
- The Company plans to further expand clinical capacity during the year and expects to operate 184-189 medical centers by the end of 2022, compared to 130 medical centers in operation on December 31, 2021
- The Company expects to be able to achieve its 2022 guidance without the need for additional financing

We have not reconciled our expectations as to non-GAAP measures in future periods to their most directly comparable GAAP measure because certain costs and expenses are outside of our control or cannot be reasonably predicted. Accordingly, reconciliation is not available without unreasonable effort, although it is important to note that these factors could be material to our results computed in accordance with GAAP.

**Conference Call Information**

Cano Health will host a conference call today at 5:00 PM Eastern Time to review the Company's business and financial results for the quarter and full year ended December 31, 2021.

To access the live call and webcast, please dial (844) 684-0650 for U.S. participants, or +1 (343) 761-2594 for international participants, and reference the Cano Health Fourth Quarter 2021 Earnings Conference Call. The conference call will also be webcast live in the "Events & Presentations" section of the Investor page of the Cano Health website.

A replay will be available in the "Events & Presentations" section of the Cano Health website for on-demand listening shortly after the completion of the call and will be available for 30 days.

**Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements relate to future events and involve known and unknown risks, uncertainties and other factors which are, in some cases, beyond our control and could materially affect actual results, performance or achievements. Such forward-looking statement include, without limitation, our anticipated results of operations, including our financial guidance for the 2022 fiscal year, including the anticipated impact of the restatement on such guidance, the anticipated revenue and Adjusted EBITDA included in previous 2022 guidance that is now expected to be recognized in 2023, our business strategies, our projected costs, prospects and plans, and other aspects of our operations or operating results. These forward-looking statements generally can be identified by phrases such as "will," "expects," "anticipates," "foresees," "forecasts," "estimates" or other words or phrases of similar import. It is uncertain whether any of the events anticipated by the forward-looking statements will transpire or occur, or if any of them do, what impact they will have on our results of operations and financial condition. Important risks and uncertainties that could cause our actual results and financial condition to differ materially from those indicated in forward-looking statements include, among others, changes in market or industry conditions, regulatory environment, competitive conditions, and receptivity to our services; adverse effects on the Company's business as a result of the restatement; our ability to realize expected results with respect to patient membership, total revenue and earnings; our ability to enter into new markets and continue our growth; our ability to integrate our acquisitions and achieve desired synergies; changes in laws and regulations applicable to our business; our ability to maintain our relationships with health plans and other key payors; the impact of COVID-19 on our business and results of operation; our future capital requirements and sources and uses of cash, including funds to satisfy our liquidity needs; and our ability to recruit and retain qualified team members and independent physicians. For a detailed discussion of the risks and uncertainties that could cause our actual results to differ materially from those expressed or implied by the forward-looking statements, please refer to our filings with the Securities and Exchange Commission (the "SEC"). All information provided in this press release is as of the date hereof, and we undertake no duty to update or revise this information unless required by law.

**Non-GAAP Financial Measures**

This press release contains certain non-GAAP financial measures as defined by the SEC rules. EBITDA and Adjusted EBITDA have not been prepared in accordance with United States generally accepted accounting principles ("GAAP"). EBITDA is defined as GAAP net income (loss) before interest expense, income taxes, depreciation and amortization. Adjusted EBITDA is defined as EBITDA, adjusted to add back the effect of certain expenses, such as stock-based compensation expense, de novo losses (consisting of losses incurred in the twelve months after the opening of a new facility), acquisition transaction costs (consisting of transaction costs, fair value adjustments in contingent consideration, management fees and corporate development payroll costs), restructuring and other charges, changes in fair value of contingent consideration, loss on extinguishment of debt, changes in fair value of an embedded derivative, and changes in fair value of warrant liabilities. We believe these non-GAAP

4

financial measures provide an additional tool for investors to use in evaluating ongoing operating results and trends in and in comparing our financial measures with other similar companies. We do not consider these non-GAAP measures in isolation or as an alternative to financial measures determined in accordance with GAAP. These non-GAAP financial measures are subject to inherent limitations as they reflect the exercise of judgments by management about which expense, income and other items are excluded or included in determining these non-GAAP financial measures. In addition, other companies may calculate non-GAAP financial measures differently or may use other measures to evaluate their performance, all of which could reduce the usefulness of our non-GAAP financial measures as tools for comparison. A reconciliation of those measures to their most directly comparable GAAP measures is available under the heading "Reconciliation of Non-GAAP Measures."

**About Cano Health**

Cano Health (NYSE: CANO) is a high-touch, technology-powered healthcare company delivering personalized, value-based primary care to more than 250,000 members. With its headquarters in Miami, Florida, Cano Health is transforming healthcare by delivering primary care that measurably improves the health, wellness, and quality of life of its patients and the communities it serves. Founded in 2009, Cano Health has more than 4,000 employees, and operates primary care medical centers and supports affiliated providers in eight states and Puerto Rico. For more information, visit canohealth.com or canohealth.com/investors.

###

**Investor Relations Contact:**

Derek Fiebig

Cano Health, Inc.

(786) 206-1930

derek.fiebig@canohealth.com

**Media Relations Contact:**

Georgi Morales Pipkin

Cano Health, Inc.

(786) 206-3322

georgi.pipkin@canohealth.com

5

EX-99.2 3 canohealthfy21financials.htm EX-99.2



# Technical Accounting of Medicare Risk Adjustment (MRA) Impacted the Timing of Revenue Recognition

- In the course of finalizing its audit for fiscal year 2021, Cano Health and its independent auditor identified certain non-cash adjustments to revenue under ASC 606, *Revenue from Contracts with Customers*[1]

- Previously, the Company recognized MRA as a change to Medicare per member per month (PMPM) at the Date of Service (DOS), identifying a member's acuity (e.g., chronic conditions such as diabetes), thereby matching revenue with patient care costs

- After the adjustments, most of the MRA is now recognized as a change to Medicare PMPM in the following calendar year (i.e., collected in the year following the DOS)

- The adjustments impact the timing of revenue recognition, recognizing current year acuity impacting MRA in the subsequent year

- Importantly, the adjustments do not impact Cano Health's cash from operations, cash position, or the estimated collectability of MRA receivables

- The impact on 2019 and 2020 financial results were not material

 CanoHealth

(1) Adjustments are detailed in the appendix of this presentation

7



## Appendix

18

# What is Medicare Risk Adjustment (MRA)?

- The Centers for Medicare and Medicaid Services (CMS) implemented MRA in January 2000, adding measures of health status to determine CMS payments to Medicare Advantage and other capitated payors in order to compensate payors and providers commensurate to the acuity (e.g., chronic conditions such as diabetes) of the members they manage

- MRA payments are prospective, meaning the prior year MRA will be used to adjust the current year payment

- Three MRA payments each year, for example in 2022:

| MRA Payment | Payment Date | Date of Service |
|---|---|---|
| Interim Estimated Payment | January 2022 | July 1, 2020 – June 30, 2021 |
| Mid-Year Reconciliation Payment | June/July 2022 | January 1, 2021 – Dec. 31, 2021 |
| Final Run Payment | May-Sept 2022 | 2020 DOS for Payment Year 2021 |

- Historically, Cano Health's MRA revenue has been approximately 2% of total Medicare capitated revenue

 CanoHealth

19