# Exhibit 7

**S&P Capital IQ**



| Dates | Cano Health, Inc. (NYSE:CANO) - Share Pricing |
|---|---|
| Feb-10-2022 | 6.62 |
| Feb-11-2022 | 6.45 |
| Feb-14-2022 | 6.23 |
| Feb-15-2022 | 7.01 |
| Feb-16-2022 | 6.85 |
| Feb-17-2022 | 6.21 |
| Feb-18-2022 | 6.14 |
| Feb-22-2022 | 6.00 |
| Feb-23-2022 | 5.76 |
| Feb-24-2022 | 5.45 |
| Feb-25-2022 | 5.19 |
| Feb-28-2022 | 4.87 |
| Mar-01-2022 | 5.35 |
| Mar-02-2022 | 5.09 |
| Mar-03-2022 | 4.90 |
| Mar-04-2022 | 4.68 |
| Mar-07-2022 | 4.50 |
| Mar-08-2022 | 4.56 |
| Mar-09-2022 | 6.53 |
| Mar-10-2022 | 6.33 |
| Mar-11-2022 | 5.92 |
| Mar-14-2022 | 5.31 |
| Mar-15-2022 | 6.03 |