# Exhibit 10

Cano Health, Inc. (CANO) Q2 2023 Earnings Call Transcript | Seeking Alpha



Seeking Alpha$^{\alpha}$

Transcripts

# Cano Health, Inc. (CANO) Q2 2023 Earnings Call Transcript

Aug. 10, 2023 10:16 PM ET | **Cano Health, Inc. (CANO)**

**SA Transcripts**
140.83K Followers

## Q2: 2023-08-10 Earnings Summary

| Play Call | 📽 Slides | 📢 Press Release | 🏛 10-Q |



EPS of -$0.51 misses by $0.38 | Revenue of $766.75M (11.22% Y/Y) misses by $67.63M

Cano Health, Inc. (NYSE:CANO) Q2 2023 Earnings Conference Call August 10, 2023 5:00 PM ET

**Company Participants**

Mark Kent - Interim CEO

Brian Koppy - CFO

**Conference Call Participants**

A.J. Rice - Credit Suisse

Josh Raskin - Nephron Research

Andrew Mak - UBS

Parker Snure - Raymond James

Now moving on to the current business environment and the trends we are seeing. First and foremost, we are in the care management business, the quality of care that we deliver remains market leading and a source of pride for all of us. Unfortunately, we have had so several emerging process issues that have affected our ability to project our performance. However, these issues can and are being remedied. And our core Medicare Advantage business cavitated revenue in the second quarter of 2023, was well below our expectation. This was primarily due to a shortfall in the Medicare risk adjustment revenue or MRA collected versus what was expected and accrued for in prior periods.

As the second quarter of 2023 close, we received the quarterly service funds from our health plan partners, which reflected their reconciliations of the actual and estimated MRA revenue from CMS for our members. These reconciliations resulted in a reduction to our final 2022 and mid-year 2023 estimates during the second quarter. Upon stepping into the Chief Strategy Officer role in April of 2023, I asked our team to perform a cross functional review and audit of our clinical documentation, billing and coding and estimation methodologies, and to suggest ways to enhance our practices.

Our review found that while our clinical documentation, billing and coding followed by nearly all internal policies, we have clear opportunities to implement simpler, scalable and more effective protocols designed to enhance our performance. The largest gap we found was attributable to back-end processes and the ways that data from those processes inform our MRA estimates. The prior processes were overly manual, and our back testing analysis demonstrated that they provided limited predictive power.

During my time at Humana, and during my time operating independent value-based care, primary facilities and a hospital, I learned that the value-based care model succeeds best when physicians have every tool necessary to make informed decisions. And so to enhance our data capture, this quarter, we quickly began revising our approach to limit data variability and to ensure we close gaps in real time data reporting. I believe our estimates going forward will reflect a more accurate view of these MRA projections that will result in a higher realized and appropriate MRA revenue.

Total revenue for the second quarter of 2023 was approximately $767 million, up from approximately $689 million a year ago. Total capitated revenue in the quarter was approximately $743 million, an increase from $655 million in the second quarter of 2022. However, in the second quarter of 2023, capitated revenue was lower than expected, primarily driven by Medicare risk adjustment, or MRA revenue, which is approximately $58 million lower than previously estimated in our most recent full year 2023 guidance.

This lower MRA revenue reflects our updated view of the final 2022 and mid-year 2023 MRA revenue estimates of the approximate $58 million shortfall versus our expectations. Approximately $44 million was out of period, or related to services provided in 2022 and the first quarter of 2023.

The Medicare Advantage revenue PMPM was $1,027 in the second quarter of 2023, down 13% sequentially from the first quarter of 2023, primarily driven by the lower-than-expected MRA revenue. The Medicare ACO REACH revenue PMPM was $1,309, down 12% sequentially from the first quarter of 2023. Also lower than expected, and was primarily driven by revised benchmark data we received from CMS related to the 2022 and 2023 performance years.

Visual information about our membership mix and our PMPM is available in our second quarter earnings release and second quarter financial supplement posted on our website. Our medical cost ratio or MCR in the second quarter of 2023 was 103.5% compared to 82.6% in the second quarter of 2022. Excluding ACO REACH the MCR was approximately 108.6% in the second quarter of 2023, compared to approximately 81.8% in the second quarter of 2022. This increase was primarily driven by an increase in our Medicare Advantage MCR.