**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:22-CV-20827-WILLIAMS/SANCHEZ**

ALBERTO GONZALEZ, Individually and on
Behalf of All Others Similarly Situated,

   Plaintiff,

 v.

CANO HEALTH, INC. f/k/a JAWS
ACQUISITION CORP., MARLOW
HERNANDEZ, and BRIAN D. KOPPY

   Defendants.

**NOTICE OF SUGGESTION OF PENDENCY**
**OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS**

PLEASE BE ADVISED that, beginning on February 4, 2024 (the "**Petition Date**"), Cano Health, Inc. and certain of its subsidiaries, as debtors and debtors in possession (collectively, the "**Debtors**") commenced bankruptcy cases (the "**Chapter 11 Cases**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, *et seq.* (the "**Bankruptcy Code**").  The Chapter 11 Cases are now pending before The Honorable Karen B. Owens, United States Bankruptcy Judge, and are under the caption *In re Cano Health, Inc., et al.*, Case No. 24-10164 (KBO).

PLEASE BE FURTHER ADVISED that section 362(a) of the Bankruptcy Code provides for an automatic stay, applicable to all entities, of, among other things, the following:

> (1) [T]he commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the

1

                    commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]; [and]

* * *

(6)     [a]ny act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under [chapter 11].

PLEASE BE FURTHER ADVISED that section 362(k)(1) of the Bankruptcy Code provides that any entity injured by a willful violation of the automatic stay "shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages."

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Chapter 11 Cases may be obtained by: (i) reviewing the docket of the Chapter 11 Cases electronically at *https://ecf.deb.uscourts.gov* (at a cost and a PACER login and password are required); (ii) reviewing the Chapter 11 Case website maintained by the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC, at https://www.kccllc.net/CanoHealth (free of charge); or (iii) contacting proposed counsel for the Debtors: Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Gary T. Holtzer, Jessica Liou, and Matthew Goren) at gary.holtzer@weil.com, jessica.liou@weil.com, and matthew.goren@weil.com; and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Michael J. Merchant and Amanda R. Steele) at merchant@rlf.com and steele@rlf.com.

*[Remainder of page intentionally left blank]*

2

February 6, 2024

By:  **NELSON MULLINS RILEY &**
      **SCARBOROUGH LLP**

*/s/ Peter R. Goldman*
Peter R. Goldman (FBN 860565)
Nina C. Welch (FBN 118900)
Danna Khawam (FBN 1025114)
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Telephone: (954) 745-5239
Facsimile: (954) 761-8135
peter.goldman@nelsonmullins.com
nina.welch@nelsonmullins.com
danna.khawam@nelsonmullins.com

and

**GOODWIN PROCTER LLP**

*/s/ Deborah S. Birnbach*
Deborah S. Birnbach (*pro hac vice*)
Katherine McKenney (*pro hac vice*)
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
dbirnbach@goodwinlaw.com
kmckenney@goodwinlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2024, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will furnish a copy to all counsel of record.

*/s/ Peter R. Goldman*
Peter R. Goldman

4