**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20827-CIV-WILLIAMS/SANCHEZ**

ALBERTO GONZALEZ, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

CANO HEALTH, INC. f/k/a JAWS ACQUISITION CORP., MARLOW HERNANDEZ, and BRIAN D. KOPPY,

Defendants,

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CANO HEALTH, INC. ONLY**

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Gudelio Fundora ("Plaintiff") hereby voluntarily dismisses his claims against Defendant Cano Health, Inc. ("Cano") without prejudice. As grounds thereof, Plaintiff state that Cano has not served an answer or a motion for summary judgment.

For the avoidance of doubt, Plaintiff's claims against the other defendants remain.

Dated:  February 16, 2024          Respectfully submitted,

                                   */s/ Leo W. Desmond*
                                   Leo W. Desmond, Esquire
                                   Florida Bar Number 0041920
                                   **DESMOND LAW FIRM, P.C.**
                                   601 21st Street, Suite 300
                                   Vero Beach, Florida 32960
                                   Telephone: 772.231.9600
                                   Facsimile: 772.217-6134
                                   lwd@desmondlawfirm.com

                                   *Liaison Counsel for Gudelio Fundora and for the Class*

1056129.1

**GLANCY PRONGAY & MURRAY LLP**
Casey E. Sadler (admitted pro hac vice)
Pavithra Rajesh (admitted pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160
Email: csadler@glancylaw.com
prajesh@glancylaw.com

*Counsel for Lead Plaintiff Gudelio Fundora and*
*Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Leo W. Desmond, hereby certify that on February 16, 2024, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*s/ Leo W. Desmond*
Leo W. Desmond

1056129.1